SCWC-12-0000043

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

NICHOLAS K. NICHOLS, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000043; SPP NO. 11-1-0053
(CR. NOS. 08-1-1354 AND 08-1-1762))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Nicholas K. Nichols'

application for writ of certiorari filed on March 3, 2015, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 16, 2015.

Nicholas K. Nichols,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

